# Notice Recipients

District/Off: 0970–2   User: admin   Date Created: 7/28/2023
Case: 2:23–bk–02232–DPC   Form ID: 318   Total: 15

**Recipients of Notice of Electronic Filing:**
aty   JOHN N SKIBA   jskiba@jacksonwhitelaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Mark C. Epstein | 20602 N Natchez Drive | Sun City, AZ 85373 | |
| jdb | Carol S. Epstein | 20602 N Natchez Drive | Sun City, AZ 85373 | |
| tr | JILL H. FORD | PO BOX 5845 | CAREFREE, AZ 85377 | |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007–2650 |
| 16941849 | BEST EGG | 1523 CONCORD PIKE | WILMINGTON, DE 19803 | |
| 16963424 | BEST EGG | 1523 CONCORD PIKE | WILMINGTON, DE 19803 | |
| 16941850 | FRANDSEN BANK & TRUST | 100 N MINNESOTA ST | NEW ULM, MN 56073 | |
| 16963425 | FRANDSEN BANK & TRUST | 100 N MINNESOTA ST | NEW ULM, MN 56073 | |
| 16941851 | GOODLEAP | ATTN: BANKRUPTCY | 8888 E RAINTREE DR | SCOTTSDALE, AZ 85260 |
| 16963426 | GOODLEAP | ATTN: BANKRUPTCY | 8888 E RAINTREE DR | SCOTTSDALE, AZ 85260 |
| 16941852 | JULIE BAUM | C/O MARK D. PERRYMAN, ESQ. | 32605 TEMECULA PARKWAY, #314 | TEMECULA, CA 92592 |
| 16963427 | JULIE BAUM | C/O MARK D. PERRYMAN, ESQ. | 32605 TEMECULA PARKWAY, #314 | TEMECULA, CA 92592 |
| 16941853 | SLOVAK BARON EMPEY MURPHY & PINKNEY LLP | 1800 E TAHQUITZ CANYON WAY | PALM SPRINGS, CA 92262 | |
| 16963428 | SLOVAK BARON EMPEY MURPHY & PINKNEY LLP | 1800 E TAHQUITZ CANYON WAY | PALM SPRINGS, CA 92262 | |

TOTAL: 14